**Jerry GREENBERG, individually, Plaintiff–Appellee,**

Idaz Greenbereg, individually, Plaintiff,

v.

**NATIONAL GEOGRAPHIC SOCIETY, a District of Columbia corporation, National Geographic Enterprises, Inc., a corporation, Mindscape, Inc., a California corporation, Defendants–Appellants.**

No. 05–16964.

United States Court of Appeals, Eleventh Circuit.

Aug. 30, 2007.

Kenneth Winston Starr, Christopher Landau, Erin E. Morrow, Kirkland & Ellis, LLP, Washington, DC, Stephen N. Zack, Jennifer G. Altman, Boies, Schiller & Flexner, LLP, Miami, FL, Robert G. Sugarman, Weil, Gotshal & Manges, LLP, New York City, for Defendants–Appellants.

Norman Davis, Squire, Sanders & Dempsey, LLP, Miami, FL, for Plaintiff–Appellee.

Slade R. Metcalf, Hogan & Hartson, LLP, New York City, Arnold P. Lutzker, Lutzker & Lutzker, LLP, Washington, DC, for Amici Curiae.

Before EDMONDSON, Chief Judge, and TJOFLAT, ANDERSON, BIRCH, DUBINA, BLACK, CARNES, BARKETT, MARCUS, WILSON and PRYOR, Circuit Judges*.

* Judge Frank M. Hull has recused herself and will not participate. Senior United States Circuit Judge Phyllis A. Kravitch has elected

BY THE COURT:

A member of this Court in active service having requested a poll on the suggestions of rehearing en banc and a majority of the judges in this Court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.